IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

    Plaintiff,

  v.

WILLIAM ALSUP,

    Defendant.

                              /

No. C 16-80103 WHA

**ORDER OF RECUSAL AND FOR REASSIGNMENT**

      Michael Bruzzone was declared a vexatious litigant in 2014. *Bruzzone v. Intel Corporation*, No. 14-01279, 2014 WL 4090470, at *8 (N.D. Cal. Aug. 19, 2014). The order declaring Bruzzone a vexatious litigant subjected Bruzzone's further complaints in this district to pre-filing review by the undersigned judge. Bruzzone has filed a new complaint naming the undersigned judge as a defendant. Accordingly, the undersigned judge recuses himself from reviewing the complaint. *See* 28 U.S.C. 455(b)(5). The Clerk shall please reassign this matter to the general duty judge for pre-filing review of Bruzzone's complaint.

**IT IS SO ORDERED.**

Dated: May 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE