UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

    Plaintiff,

v.

WILLIAM ALSUP,

    Defendant.

Case No. 16-mc-80103-RS

**ORDER DENYING MOTION FOR RECUSAL**

    Plaintiff in this closed matter has filed an "Affidavite" [sic] and "Certificate of Good Faith," in which he seeks recusal of the undersigned on grounds that are not entirely clear, but which appear to include (1) the undersigned's stock ownership in Intel Corporation; (2) the undersigned's former association with Morrison & Foerster, a law firm that purportedly has represented Intel, and with which the judge named as the defendant in this case was also once associated, and; (3) the ruling issued in this case.  Although plaintiff's dispute with the judge named as the defendant in this case apparently grows out of an underlying dispute involving Intel, the undersigned's stock ownership in a non-party is not a basis for recusal.  Likewise, the undersigned's past association with Morrison & Foerster does not create a basis for recusal in cases involving clients of that firm, even if this were such a case, which it is not. Nor does the fact that the undersigned and the judge named as a defendant were both partners in that firm many years ago give rise to a conflict requiring recusal.

    Finally, although plaintiff may disagree with the legal ruling issued in this case, that is not

a basis for recusal.  Accordingly, the motion for recusal is denied.

Plaintiff's filing also seeks recusal of the undersigned in Case No. 16-MC-80111.  A separate order will issue in that action.

**IT IS SO ORDERED**.

Dated: June 7, 2016

RICHARD SEEBORG
United States District Judge